UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN TRIMM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  1:22-cv-00663-JLT-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 3) |

    Plaintiff David Allen Trimm ("Plaintiff"), proceeding with counsel, seeks review of a decision of the Commissioner of Social Security denying Plaintiff's applications for Social Security Disability Insurance and Supplemental Security Income benefits.  (Doc. 1.)

    On June 6, 2022, the assigned magistrate judge issued findings and recommendations recommending that (1) Plaintiff's application to proceed without prepayment of fees and costs (Doc. 2) be denied; and (2) Plaintiff be required to pay the $402.00 filing fee in full to proceed with this action.  (Doc. 3.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.*)  The deadline to file objections has passed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 6, 2022 (Doc. 3) are **ADOPTED IN FULL**.
2. Plaintiff's application to proceed without prepayment of fees and costs (Doc. 2) is **DENIED**.
3. Within thirty (30) days following service of this order, Plaintiff shall pay the $402.00 filing fee in full to proceed with this action; and
4. Plaintiff's failure to comply with this order may result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **June 22, 2022**

UNITED STATES DISTRICT JUDGE

2