PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN (CSBN 294804)
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DAVID TRIMM, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Civil No. 1:22-cv-00663-BAM <br><br> **STIPULATION FOR VOLUNTARY REMAND AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: *April 21, 2023*                              PEÑA & BROMBERG, PLC

                                                                                         By:     */s/ Caspar Chan for Jonathan Pena\**
                                                                                         JONATHAN PENA
                                                                                         *Authorized by email on April 21, 2023*
                                                                                        Attorneys for Plaintiff

Date: *April 21, 2023*                              PHILIP A. TALBERT
                                                                                        United States Attorney
                                                                                        Eastern District of California

                                                                                        By:     */s/ Caspar Chan*
                                                                                        CASPAR CHAN
                                                                                        Special Assistant United States Attorney
                                                                                        Attorneys for Defendant

ORDER

Based upon the Stipulation for Voluntary Remand ("Stipulation"), and for cause shown, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for summary judgment (Doc. 16) is terminated as moot.
2. The matter is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g) consistent with the terms of the Stipulation.
3. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **April 21, 2023**         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE